IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWMAN ARMOR CORPORATION, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-4595 |
| WINNER INTERNATIONAL, LLC, | : |
| Defendant. | : |

## DECLARATION OF SERVICE

Service of the Summons and Complaint in this matter was made upon defendant Winner International, LLC, 32 West State Street, Sharon, PA 16146 on July 16, 2002 by a representative of C&E Legal Courier Services, Inc. via acceptance by an agent in charge. A copy of the Return of Service completed by C&E Legal Courier Services, Inc. is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2002.

_____
Roberta Jacobs-Meadway
Lynn E. Rzonca
Corey Field
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Plaintiff
Lawman Armor Corporation