IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWMAN ARMOR CORPORATION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-4595 |
| WINNER INTERNATIONAL, L.L.C., | : | |
| Defendant. | : | |

## SCHEDULING ORDER

AND NOW, this 4th day of June, 2003, after a telephone conference with counsel, it is hereby ORDERED that:

1. the stay entered by this Court on November 5, 2002, is hereby lifted and this action shall proceed as indicated below;

2. the parties shall continue to exchange the initial disclosures required by Rule 26(a)(1);

3. all fact discovery shall be completed by November 4, 2003;

4. the parties shall identify experts, if any, and exchange expert reports by January 5, 2004;

5. dispositive motions, if any, shall be filed by the parties on or before January 19, 2004;

6. if dispositive motions are not filed, counsels' Joint Pretrial Order shall be filed on or before February 2, 2004 and the case shall be placed in the Court's trial pool, subject to the rules published in the Legal Intelligencer, on February 2, 2004.  If dispositive motions are

filed, the Joint Pretrial Order is due within fourteen (14) days after the Court's disposition of the motions, and the case will be placed in the Court's trial pool fourteen (14) days after the Court's disposition of the motions; and

      7.    proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_____Robert F. Kelly,      Sr. J.