IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWMAN ARMOR CORPORATION :
:
        Plaintiff, : Case No. 2:02-CV-04595-RK
:
v. : Judge Robert F. Kelly
:
WINNER INTERNATIONAL, LLC, :
:
        Defendant. :
:

### DEFENDANT'S MOTION FOR
### SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendant, Winner International, Inc. (f/k/a Winner International, LLC), hereby moves for entry of summary judgment that its two-hook steering wheel lock products do not infringe U.S. Patent No. Des. 357,621 ("the '621 design patent"), which purportedly is licensed exclusively to plaintiff, Lawman Armor Corporation.

This motion is made pursuant to Fed. R. Civ. P. 56 on the ground that there is no genuine issue as to any material fact concerning the claim for design patent infringement filed by Lawman, that there is a lack of evidence required to support infringement of the '621 design patent by the accused Winner products, and that Winner is, as a matter of law, entitled to summary judgment.

This motion is based upon the concurrently filed Defendant's Memorandum in Support of Motion for Summary Judgment of Non-Infringement; Declarations of Gary M. Clifford, Kevin Winner, and Philip J. Moy Jr.; the pleadings and papers on file in this action; and such additional

evidence and argument as may be presented to the Court at a hearing of the motion. A proposed Order granting the motion also is being submitted.

WHEREFORE, Winner respectfully requests that this Court grant its motion for summary judgment of non-infringement of the '621 design patent..

Date: Sept. 23, 2003

Respectfully submitted,

_____
Philip J. Moy Jr
pmoy@faysharpe.com
Robert V. Vickers
Jude A. Fry
Fay, Sharpe, Fagan, Minnich & McKee, LLP
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2579
Telephone: 216-861-5582
Facsimile: 216-241-1666

Christopher A. Rothe
crothe@ddhs.com
Attorney I.D. No. 84,023
Dann Dorfman Herrell and Skillman, P.C.
1601 Market Street, Suite 2400
Philadelphia, PA 19103-2307
Telephone: 215-563-4100
Facsimile: 215-563-4044

Attorneys for Defendant
Winner International, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on September **23**, 2003, a copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** was served on the plaintiff's counsel via Federal Express overnight courier addressed to Roberta Jacobs-Meadway, Esquire, Ballard, Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

                                                _____
                                                Philip J. May Jr
                                                Fay, Sharpe, Fagan, Minnich & McKee, LLP
                                                1100 Superior Avenue, Seventh Floor
                                                Cleveland, Ohio 44114-2579
                                                Telephone: 216-861-5582
                                                Facsimile: 216-241-1666