IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWMAN ARMOR CORPORATION | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 2:02-CV-04595-RK |
| | : | |
| WINNER INTERNATIONAL, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Pursuant to Local Civil Rule 7.1(c), defendant, Winner International, Inc. (f/k/a/ Winner International, LLC), moves for leave to file a reply to the memorandum filed by defendant, Lawman Armor Corporation, in opposition to Winner's motion for summary judgment of non-infringement. The filing of a reply is necessary to address arguments asserted by Lawman for the first time in its opposition memorandum.

The Winner's reply memorandum is being submitted concurrently with this motion for leave to file a reply.

WHEREFORE, defendant Winner respectfully requests that this Court grant its motion for leave to file a reply to Lawman's opposition.

Date: Oct. 20, 2003

Respectfully submitted,

*Philip J. Moy Jr* (signature)

Philip J. Moy Jr
pmoy@faysharpe.com
Robert V. Vickers
Jude A. Fry
Fay, Sharpe, Fagan, Minnich & McKee, LLP
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2579
Telephone: 216-861-5582
Facsimile: 216-241-1666

Christopher A. Rothe
crothe@ddhs.com
Attorney I.D. No. 84,023
Dann Dorfman Herrell and Skillman, P C.
1601 Market Street, Suite 2400
Philadelphia, PA 19103-2307
Telephone: 215-563-4100
Facsimile: 215-563-4044

Attorneys for Defendant
Winner International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2002, a copy of the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** was served on plaintiff's counsel via Federal Express overnight courier addressed to Roberta Jacobs-Meadway, Esquire, Ballard, Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

_____
Philip J. Moy Jr
Fay, Sharpe, Fagan, Minnich & McKee, LLP
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2579
Telephone: 216-861-5582
Facsimile: 216-241-1666