IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LAWMAN ARMOR CORPORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4595 |
| | : | |
| WINNER INTERNATIONAL, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this 22nd day of October, 2003, upon consideration of Plaintiff's Motion for Leave to Amend its Complaint (Doc. No. 33), and the Response thereto, it is hereby ORDERED that:

1. Plaintiff shall file a Reply Brief to Defendant's Response in Opposition to Plaintiff's Motion for Leave to Amend its Complaint (Doc. No. 35); and

2. Plaintiff shall file such Reply Brief within ten (10) days of this Order.

BY THE COURT:

ROBERT F. KELLY,                    Sr. J.