IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWMAN ARMOR CORPORATION | : |
| Plaintiff, | : |
| v. | : Civil Action No. 02-4595 |
| WINNER INTERNATIONAL, LLC and WINNER HOLDING LLC, | : The Hon. Robert F. Kelly |
| Defendants. | : |

### DECLARATION OF SERVICE

I declare that I have been informed by David Blackford, a private process server that Service of the Summons and Second Amended Complaint in this matter was made upon defendant Winner Holding LLC on December 23, 2003 by David Blackford via acceptance by Florence Offie, paralegal for Winner Holding LLC. A copy of the Return of Service completed by David Blackford is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2004.

_____
Roberta Jacobs-Meadway
Lynn E. Rzonca
Corey Field
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Plaintiff
Lawman Armor Corporation

Date: January 6, 2004

## CERTIFICATE OF SERVICE

I, Corey Field, an attorney, certify that a true and correct copy of the foregoing Declaration of Service and accompanying Return of Service was sent via the manner indicated below to Counsel for Defendant on the date listed below:

### VIA FACSIMILE AND HAND DELIVERY:

Mr. Christopher A. Rothe
Dann Dorfman Herrell and Skillman, P.C.
Suite 720, 1601 Market Street
Philadelphia, PA 19103-2307

### BY FACSIMILE AND FIRST CLASS MAIL:

Philip J. Moy, Jr.
Robert V. Vickers
Jude A. Fry
Fay, Sharpe, Fagan, Minnich & McKee, LLP
1100 Superior Avenue – Seventh Floor
Cleveland, Ohio  44114-2579

_____
Corey Field

Dated: January 6, 2004

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| LAWMAN ARMOR CORPORATION<br><br>v.<br><br>WINNER HOLDING LLC | CIVIL ACTION NO. 02-4595<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>WINNER HOLDING LLC<br>32 West State Street<br>Sharon, PA  16146<br><br><br>"SECOND AMENDED COMPLAINT" |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Corey Field, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: 12/15/03 |
|---|---|
| (By) Deputy Clerk<br><br>*Kim Williams*<br>Kim Williams | |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DECEMBER 23, 2003 @ 4:35 PM |
| NAME OF SERVER (PRINT) DAVID BLACKFORD | TITLE PRIVATE PROCESS SERVER STATE OF OHIO - ALL COUNTIES |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVICE UPON WINNER HOLDING, LLC - SERVED TO FLORENCE OFFIE, PARALEGAL FOR WINNER HOLDING, LLC, AT SAME, 32 WEST STATE STREET, SHARON, PENNSYLVANIA 16146.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DECEMBER 26, 2003        [signature]
             Date                     Signature of Server

40 E. BUCHTEL AVE., AKRON, OHIO 44308.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.