IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWMAN ARMOR CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Case No.  2:02-CV-04595-RK |
| | : | |
| v. | : | Judge Robert Kelly |
| | : | |
| WINNER INTERNATIONAL, LLC, and WINNER HOLDING LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF EQUITABLE ESTOPPEL**

Defendants, Winner International, Inc. (f/k/a/ Winner International, LLC) and Winner Holding LLC (collectively "Winner"), hereby move for entry of summary judgment holding that Winner has established its defense of equitable estoppel; enjoining plaintiff, Lawman Armor Corporation ("Lawman"), and any successor owner of U.S. Patent No. Des. 357,621 ("the '621 design patent") from asserting the '621 design patent against Winner, any customers of Winner, and any affiliates of Winner; and dismissing the complaint in this action with prejudice.

This motion is made pursuant to Fed. R. Civ. P. 56 on the ground that there is no genuine issue as to any material fact concerning Winner's equitable estoppel defense and that Winner is, as a matter of law, entitled to summary judgment.

This motion is based upon the concurrently filed Defendants' Memorandum in Support of Motion for Summary Judgment of Equitable Estoppel; Declarations of Karen Winner Hale, John F. Hornbostel Jr., and Philip J. Moy Jr. filed in support of the motion; the pleadings and papers

on file in this action; and such additional evidence and argument as may be presented to the Court at a hearing of the motion. A proposed Order granting the motion also is being submitted.

WHEREFORE, Winner respectfully requests that this Court grant its motion for summary judgment of equitable estoppel.

Respectfully submitted,

Date: _____     _____
Philip J. Moy Jr
pmoy@faysharpe.com
Robert V. Vickers
Jude A. Fry
Fay, Sharpe, Fagan, Minnich & McKee, LLP
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio  44114-2579
Telephone: 216-861-5582
Facsimile: 216-241-1666

Christopher A. Rothe
crothe@ddhs.com
Attorney I.D. No. 84,023
Dann Dorfman Herrell and Skillman, P.C.
1601 Market Street, Suite 2400
Philadelphia, PA  19103-2307
Telephone: 215-563-4100
Facsimile: 215-563-4044

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2004, a copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF EQUITABLE ESTOPPEL** was served via messenger on the following attorney for plaintiff:

    Roberta Jacobs-Meadway, Esq.
    Ballard, Spahr Andrews & Ingersoll, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA  19103.

    _____