### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWMAN ARMOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WINNER INTERNATIONAL, LLC, ) <br> and ) <br> WINNER HOLDING LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:02-CV-04595-RK <br><br> Judge Robert Kelly |

### CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2004, copies of the **DECLARATION OF KAREN WINNER HALE, DECLARATION OF JOHN F. HORNBOSTEL, Jr.,** and **DECLARATION OF PHILIP J. MOY, Jr.** were served via messenger on the following attorney for plaintiff:

> Roberta Jacobs-Meadway, Esq.
> Ballard, Spahr Andrews & Ingersoll, LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA  19103.

_____