**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAWMAN ARMOR CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Case No.  2:02-CV-04595-RK |
| | : | |
| v. | : | Judge Robert Kelly |
| | : | |
| WINNER INTERNATIONAL, LLC, and | : | |
| WINNER HOLDING LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OF EQUITABLE ESTOPPEL**

Pursuant to Local Civil Rule 7.1(c), defendants, Winner International, Inc. (f/k/a/ Winner International, LLC) and Winner Holding LLC (collectively "Winner"), hereby move for leave to file a reply to the memorandum filed by defendant, Lawman Armor Corporation, in opposition to Winner's motion for summary judgment of equitable estoppel.  The filing of a reply is necessary to address arguments asserted by Lawman for the first time in its opposition memorandum, including arguments based on a newly filed declaration by Paul Moreton.

Winner's reply memorandum is *not* being submitted concurrently with this motion for leave to file a reply, as Winner anticipates that the reply memorandum will need to be filed under seal.

WHEREFORE, Winner respectfully requests that this Court grant its motion for leave to

file a reply to Lawman's opposition.

Respectfully submitted,

Date: February __, 2004                    _____
                                           Philip J. Moy Jr
                                           pmoy@faysharpe.com
                                           Robert V. Vickers
                                           Jude A. Fry
                                           Fay, Sharpe, Fagan, Minnich & McKee, LLP
                                           1100 Superior Avenue, Seventh Floor
                                           Cleveland, Ohio  44114-2579
                                           Telephone: 216-861-5582
                                           Facsimile: 216-241-1666

                                           Christopher A. Rothe
                                           crothe@ddhs.com
                                           Attorney I.D. No. 84,023
                                           Dann Dorfman Herrell and Skillman, P.C.
                                           1601 Market Street, Suite 2400
                                           Philadelphia, PA  19103-2307
                                           Telephone: 215-563-4100
                                           Facsimile: 215-563-4044

                                           Attorneys for Defendants

**CERTIFICATE OF SERVICE**

       I hereby certify that on February __, 2004, a copy of the foregoing **DEFENDANTS'
MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF EQUITABLE ESTOPPEL**
was served via messenger on the following attorney for plaintiff:

       Roberta Jacobs-Meadway, Esq.
       Ballard, Spahr Andrews & Ingersoll, LLP
       1735 Market Street, 51st Floor
       Philadelphia, PA  19103.


                                       _____