IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWMAN ARMOR CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:02-CV-04595-RK |
| | : | |
| v. | : | Judge Robert Kelly |
| | : | |
| WINNER INTERNATIONAL, LLC, and WINNER HOLDING LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2004, it is hereby ORDERED that Defendants' Motion for Leave to File a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Equitable Estoppel is GRANTED.

BY THE COURT:

_____
KELLY, J.