IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWMAN ARMOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WINNER INTERNATIONAL, LLC, and<br>WINNER HOLDING LLC,<br><br>Defendants. | Civ. Action No. 02-CV-4595<br><br>Hon. Robert F. Kelly |

## JOINT MOTION TO LIFT STAY OF PROCEEDINGS

Plaintiff Lawman Armor Corp. ("Lawman") and Defendants Winner International, LLC and Winner Holdings LLC (together, "Winner"), jointly and respectfully move to lift the stay currently in place in these proceedings.

On March 31, 2004, the Court granted Lawman's Motion to Stay Proceedings pending the outcome of Plaintiff's appeal to the United States Court of Appeals for the Federal Circuit in Lawman Armor Corp. v. Master Lock Co., Civil Action No. 02-6605 (E.D. Pa. Filed August 5, 2002). On November 3, 2004, the Federal Circuit issued its affirmance.

Accordingly, Lawman and Winner now ask the Court to lift the stay in this case.

By: _____
Christopher A. Rothe
DANN DORFMAN HERRELL AND
SKILLMAN, P.C.
Suite 2400, 1601 Market Street
Philadelphia, PA 19103-2307

ATTORNEY FOR DEFENDANTS

Dated: 11/23/04

By: _____
Roberta Jacobs-Meadway
Lynn Rzonca
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
(215) 665-8500

ATTORNEYS FOR PLAINTIFF

Dated: 11/24/04

PHL_A #1943337 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWMAN ARMOR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINNER INTERNATIONAL, LLC, and )<br>WINNER HOLDING LLC, )<br>)<br>Defendants. ) | Civ. Action No. 02-CV-4595<br><br>Hon. Robert F. Kelly |

### PROPOSED ORDER

AND NOW, this _____ day of _____, 2004, it is hereby ORDERED that the current stay in this case is hereby LIFTED.

BY THE COURT:

_____
Kelly, J.