IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWMAN ARMOR CORPORATION,   ) | |
| ) | |
|     Plaintiff,   ) | |
| ) | |
| v.   ) | The Honorable Robert F. Kelly |
| ) | Civil Action No. 02-CV-4595 |
| WINNER INTERNATIONAL, LLC, and   ) | |
| WINNER HOLDING LLC,   ) | |
| ) | |
|     Defendants.   ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Lawman Armor Corp., in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order granting the Motion for Summary Judgment of Non-infringement of Defendants Winner International, LLC and Winner Holding LLC, entered in this action on February 15, 2005.

                                                Respectfully submitted,

                                                cf2939_____
                                                Roberta Jacobs-Meadway
                                                Lynn E. Rzonca
                                                Corey Field
                                                BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                                1735 Market Street, 51st Floor
                                                Philadelphia, PA 19103
                                                (215) 665-8500
                                                Attorneys for Plaintiff

Date: February 24, 2005

## CERTIFICATE OF SERVICE

I, Corey Field, certify that a true and correct copy of the foregoing Notice of Appeal of Lawman Armor Corp. was filed electronically today. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may view and download this filing through the Court's system. Copies of the foregoing are also being served on this date via the manner indicated.

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Mr. Christopher A. Rothe<br>Dann Dorfman Herrell and Skillman, P.C.<br>1601 Market St., Suite 2400<br>Philadelphia, PA 19103-2307 | Philip J. Moy, Jr.<br>Robert V. Vickers<br>Jude A. Fry<br>Fay, Sharpe, Fagan, Minnich & McKee, LLP<br>100 Superior Avenue – Seventh Floor<br>Cleveland, Ohio  44114-2579 |
|  | cf2939_____<br>Corey Field |
| Date:  February 24, 2005 |  |