IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

September 15, 2008

TO:  Counsel of Record

SUBJECT:   **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 02-4595
           LAWMAN ARMOR CORPORATION   vs. WINNER INTERNATIONAL, LLC

## N O T I C E

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**

| Paper No. | Filed on | |
|---|---|---|
| 50 | 2/2/2004 | **Motion by Defts Winner Holding LLC, Winner International, LLC for Summary Judgment of Equitable Estoppel, Declaration of Karen Winner Hale, Declaration of John F. Hornbostel, Jr, Certificate of Service.** |
| 51 | 2/2/2004 | **Defts' Memorandum in support of motion for summary judgment of Equitable Estoppel, Declaration of Philip J. Moy, Jr., filed under seal.** |
| 52 | 2/13/2004 | **Plff's Memorandum in opposition to defts' motion for summary judgment of Equitable Estoppel, Filed under seal.** |

      A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Eileen J. Bobb at (267) 299-7177.

                    Very truly yours,

                    MICHAEL E. KUNZ
                    CLERK OF COURT

                    Eileen J. Bobb
                    Deputy Clerk

Copies by mail to:

| | | |
|---|---|---|
| C. Field | J. Fry | R. Jacobs-Meadwa |
| P. Moy | C. Rothe | K. Rzonca |
| R. Vickers | | |

Notice L.R. 5.1.5.frm